**Don'e J. WHITE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 73058.**

Missouri Court of Appeals,
Western District.

Dec. 27, 2011.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 31, 2012.

Don'e J. White, Jefferson City, MO, pro se.

Stephen D. Hawke, Jefferson City, MO, for respondent.

Before Division Four: LISA WHITE HARDWICK, Chief Judge, Presiding, JOSEPH M. ELLIS and MARK D. PFEIFFER, Judges.

*ORDER*

PER CURIAM.

Don'e White appeals the dismissal of his declaratory judgment action for failure to state a claim on which relief could be granted. White sought to challenge a determination by the Board of Probation and Parole that he is required to serve at least 85% of his fifteen-year prison sentence on a conviction for first-degree assault. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the dismissal.

AFFIRMED. Rule 84.16(b)